| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK BROOKLYN |
| Case number *(if known)*                    Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Bulee Cafe, Ltd.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Sarah's Artisanal Kitchen** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2902624** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **270 Madison Ave** <br> **New York, NY 10016** <br> Number, Street, City, State & ZIP Code | **270 Madison Ave** <br> **New York, NY 10016** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** <br> County | **Location of principal assets, if different from principal place of business** <br> **40-04 Westmoreland Street Little Neck, NY 11363** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **Bulee Cafe, Ltd.**　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor **Bulee Cafe, Ltd.**   Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
　　　　Contact name
　　　　Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Bulee Cafe, Ltd.** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/11/2017**
              MM / DD / YYYY

**X** **/s/ Yong Won Bu**                                    **Yong Won Bu**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ John C. Kim**                                    Date  **1/11/2017**
Signature of attorney for debtor                              MM / DD / YYYY

**John C. Kim**
Printed name

**The Law Office of John C. Kim, P.C.**
Firm name

**163-10 Northern Boulevard**
**Suite 201**
**Flushing, NY 11358**
Number, Street, City, State & ZIP Code

Contact phone  **(718) 539-1100**    Email address

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bulee Cafe, Ltd.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK BROOKLYN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **270 Madison Ave Associate**<br>**200 Park Avenue South**<br>**10th Floor**<br>**New York, NY 10003** | **270 Madison Ave Associate** | **Rent Arrears** | | | | **$509,152.14** |
| **B & J Plumbing** | | **Services** | | | | **$4,000.00** |
| **Digital Telecom Serv. Inc**<br>**129-09 26th Ave.**<br>**Suite 103**<br>**Flushing, NY 11354** | | **Phone and Alarm** | | | | **$15,000.00** |
| **East Sea Corp.**<br>**338 E Columbia Ave.**<br>**Palisades Park, NJ 07650** | | **Business Vendor Debt** | | | | **$50,000.00** |
| **Han's HVAC, Inc**<br>**43-67 161 Street**<br>**Flushing, NY 11358** | | **Business Vendor Debt** | | | | **$10,000.00** |
| **HSB Meat Delivery, Co.**<br>**138-35 Elder Ave. #19H**<br>**Flushing, NY 11355** | | **Business Vendor Debt (Meats)** | | | | **$50,000.00** |
| **JC Food Systems, Inc**<br>**355 Exterior Street**<br>**Bronx, NY 10451** | | **Business Vendor Debt (Meats)** | | | | **$60,000.00** |
| **K & S**<br>**22-19 160th Street**<br>**Whitestone, NY 11357** | | **Business Vendor Debt (Vegetables)** | | | | **$179,956.50** |
| **New Bank**<br>**146-01 Northern Boulevard**<br>**Flushing, NY 11354** | | **SBA Loan** | | **$1,199,586.10** | **$0.00** | **$1,199,586.10** |

Debtor **Bulee Cafe, Ltd.**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **New Bank**<br>**146-01 Northern Boulevard**<br>**Flushing, NY 11354** | | | | **$260,661.23** | **$0.00** | **$260,661.23** |
| **Paper Plus Products, Inc.**<br>**407 River Road**<br>**Suite #7**<br>**Clifton, NJ 07014** | | **Business Vendor Debt (Paper goods)** | | | | **$68,000.00** |

# United States Bankruptcy Court
## EASTERN DISTRICT OF NEW YORK BROOKLYN

In re  **Bulee Cafe, Ltd.**  Case No.

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chang Sung Kim**<br>**22-19 160th Street**<br>**Whitestone, NY 11357** | **Vice President** | **10** | **Shares** |
| **Kyu Taik Lee**<br>**53 Delmar Avenue**<br>**Cresskill, NJ 07626** | **Treasurer & Secretary** | **45** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **1/11/2017**            Signature  **/s/ Yong Won Bu**
                                          **Yong Won Bu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**EASTERN DISTRICT OF NEW YORK BROOKLYN**

In re  **Bulee Cafe, Ltd.**                                              Case No.
                                              Debtor(s)                  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **1/11/2017**                          **/s/ Yong Won Bu**
                                              **Yong Won Bu**/**President**
                                              Signer/Title

Date:  **1/11/2017**                          **/s/ John C. Kim**
                                              Signature of Attorney
                                              **John C. Kim**
                                              **The Law Office of John C. Kim, P.C.**
                                              **163-10 Northern Boulevard**
                                              **Suite 201**
                                              **Flushing, NY 11358**
                                              **(718) 539-1100   Fax: (718) 539-1717**

270 MADISON AVE ASSOCIATE
200 PARK AVENUE SOUTH
10TH FLOOR
NEW YORK, NY 10003


B & J PLUMBING


DIGITAL TELECOM SERV. INC
129-09 26TH AVE.
SUITE 103
FLUSHING, NY 11354


EAST SEA CORP.
338 E COLUMBIA AVE.
PALISADES PARK, NJ 07650


HAN'S HVAC, INC
43-67 161 STREET
FLUSHING, NY 11358


HSB MEAT DELIVERY, CO.
138-35 ELDER AVE.
#19H
FLUSHING, NY 11355


JC FOOD SYSTEMS, INC
355 EXTERIOR STREET
BRONX, NY 10451


K & S
22-19 160TH STREET
WHITESTONE, NY 11357


NEW BANK
146-01 NORTHERN BOULEVARD
FLUSHING, NY 11354


PAPER PLUS PRODUCTS, INC.
407 RIVER ROAD
SUITE #7
CLIFTON, NJ 07014

**United States Bankruptcy Court**
**EASTERN DISTRICT OF NEW YORK BROOKLYN**

In re  **Bulee Cafe, Ltd.**　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bulee Cafe, Ltd.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chang Sung Kim**
**22-19 160th Street**
**Whitestone, NY 11357**

**Kyu Taik Lee**
**53 Delmar Avenue**
**Cresskill, NJ 07626**

☐ None [*Check if applicable*]

| | |
|---|---|
| **1/11/2017** | **/s/ John C. Kim** |
| Date | **John C. Kim** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Bulee Cafe, Ltd.** |
| | **The Law Office of John C. Kim, P.C.** |
| | **163-10 Northern Boulevard** |
| | **Suite 201** |
| | **Flushing, NY 11358** |
| | **(718) 539-1100 Fax:(718) 539-1717** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK BROOKLYN

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Bulee Cafe, Ltd.     **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____     [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____     [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____     [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                 (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ John C. Kim**
**John C. Kim**
Signature of Debtor's Attorney
**The Law Office of John C. Kim, P.C.**
**163-10 Northern Boulevard**
**Suite 201**
**Flushing, NY 11358**
**(718) 539-1100 Fax:(718) 539-1717**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.